1 | JASON M. FRIERSON
United States Attorney
2 | Nevada Bar Number 7709
CLAY A. PLUMMER
3 | Nevada Bar No. 6778
Special Assistant United States Attorney
4 | 501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
5 | Tel: (702) 388-6336
clay.plummer@usdoj.gov
6 | *Attorneys for the United States*

7 | **UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

8 |

| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00722-BNW |
|---|---|
| Plaintiff, | **Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment (First Request)** |
| v. | |
| LUIS FERNANDO SANCHEZ-AGUILAR, aka "Sanchez Luis Fernando," | |
| Defendant. | |

16 | IT IS HEREBY STIPULATED AND AGREED, by and between Jason M.

17 | Frierson, United States Attorney, and Clay Plummer, Special Assistant United States

18 | Attorney, counsel for the United States of America, and Rebecca Levy, Assistant Federal

19 | Public Defender, counsel for Defendant LUIS FERNANDO SANCHEZ-AGUILAR that

20 | the Court schedule the preliminary hearing in this case for no earlier than 90 days from the

21 | date of the Defendant's initial appearance. The preliminary hearing is currently set for

22 | September 3, 2024, at 11:00am. This request requires that the Court extend two deadlines:

23 | (1) that a preliminary hearing be conducted within 14 days of a detained defendant's initial

24 |

1  appearance, *see* Fed. R. Crim. P. 5.1(c); and (2) that an information or indictment be filed
2  within 30 days of a defendant's arrest, *see* 18 U.S.C. § 3161(b).

3      This stipulation is entered into for the following reasons:

4      1.    The United States Attorney's Office has developed an early disposition
5  program for immigration cases, authorized by the Attorney General pursuant to the
6  PROTECT ACT of 2003, Pub. L. 108-21.

7      2.    The early disposition program for immigration cases is designed to: (1) reduce
8  the number of hearings required in order to dispose of a criminal case; (2) avoid having
9  more cases added to the court's trial calendar, while still discharging the government's duty
10  to prosecute federal crimes; (3) reduce the amount of time between complaint and
11  sentencing; and (4) avoid adding significant time to the grand jury calendar to seek
12  indictments in immigration cases, which in turn reduces court costs.

13      3.    The government has made a plea offer in this case that requires defendant to
14  waive specific rights and hearings in exchange for "fast-track" downward departure under
15  USSG § 5K3.1. This offer will be withdrawn if it is not timely accepted before this matter is
16  indicted and before a preliminary hearing is held.

17      4.    Under Federal Rule of Criminal Procedure 5.1(c), the Court "must hold the
18  preliminary hearing within a reasonable time, but no later than 14 days after the initial
19  appearance if the defendant is in custody . . . ."

20      5.    However, under Rule 5.1(d), "[w]ith the defendant's consent and upon a
21  showing of good cause—taking into account the public interest in the prompt disposition of
22  criminal cases—a magistrate judge may extend the time limits in Rule 5.1(c) one or more
23  times . . . ."

24

2

1    6.    Furthermore, under the Speedy Trial Act, 18 U.S.C. § 3161(b), "[a]ny

2    information or indictment charging an individual with the commission of an offense shall be

3    filed within thirty days from the date on which such individual was arrested or served with a

4    summons in connection with such charges."

5    7.    Defendant needs additional time to review the discovery and investigate

6    potential defenses to make an informed decision as to how to proceed, including whether to

7    accept the fast-track plea agreement.

8    8.    Accordingly, the parties jointly request that the Court schedule the

9    preliminary hearing in this case no sooner than 90 days from the Defendant's initial

10   appearance.

11   9.    Defendant is in custody and agrees to the extension of the 14-day deadline

12   imposed by Rule 5.1(c) and waives any right to remedies under Rule 5.1(c) or 18 U.S.C.

13   § 3161(b), provided that the information or indictment is filed on or before the date ordered

14   pursuant to this stipulation.

15   10.   The parties agree to the extension of that deadline.

16   11.   This extension supports the public interest in the prompt disposition of

17   criminal cases by permitting defendant to consider entering into a plea agreement under the

18   United States Attorney's Office's fast-track program for § 1326 defendants.

19   12.   Accordingly, the additional time requested by this stipulation is allowed

20   under Federal Rule of Criminal Procedure 5.1(d).

21   13.   In addition, the parties stipulate and agree that the time between today and

22   the scheduled preliminary hearing is excludable in computing the time within which the

23   defendant must be indicted and the trial herein must commence pursuant to the Speedy

24

3

1  Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C.

2  § 3161(h)(7)(B)(i) and (iv).

3       14.      This is the first request for an extension of the deadlines by which to conduct

4  the preliminary hearing and to file an indictment.

5       DATED this ＼O th day of August, 2024.

6                                                Respectfully submitted,

7  RENE VALLADARES                             JASON M. FRIERSON
   Federal Public Defender                     United States Attorney
8
                                                /s/Clay Plummer
9  Rebecca Levy                                 CLAY A PLUMMER
   Assistant Federal Public Defender           Assistant United States Attorneys
10  Counsel for Defendant
   LUIS FERNANDO SANCHEZ-
11  AGUILAR

12

13

14

15

16

17

18

19

20

21

22

23

24

4

1

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

2

3

UNITED STATES OF AMERICA,

Plaintiff,

4

v.

5

LUIS FERNANDO SANCHEZ-AGUILAR,
aka "Sanchez Luis Fernando,"

6

7

Defendant.

8

9

Case No. 2:24-mj-00722-BNW

**[Proposed] Order on Stipulation to
Extend Deadlines to Conduct
Preliminary Hearing and File
Indictment**

10    Based on the stipulation of counsel, good cause appearing, and the best interest of

11  justice being served; the time requested by this stipulation being excludable in computing

12  the time within which the defendant must be indicted and the trial herein must commence

13  pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of

14  Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

15    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled

16  on the 3rd day of September, 2024, at the hour of 11:00 a.m., be vacated and continued to

17  11/21/2024 at the hour of 11:00 AM

18    DATED this 21 day of August, 2024.

19

20

HONORABLE BRENDA N. WEKSLER

21    UNITED STATES MAGISTRATE JUDGE

22

23

24

5