RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Luis Fernando Sanchez-Aguilar

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LUIS FERNANDO SANCHEZ-AGUILAR,<br><br>  Defendant. | Case No. 2:24-cr-00233-CDS-EJY<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Luis Fernando Sanchez-Aguilar, that the Preliminary Hearing currently scheduled on November 21, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Mr. Sanchez-Aguilar has signed a plea agreement in this case. (ECF No. 11.) The Court has set a hearing for Waiver of Indictment, Filing of an Information, Initial Appearance and Arraignment and Plea for December 5, 2024, at 11:00 a.m. (*Id.*)

2. Accordingly, the parties agree that the preliminary hearing currently set for November 21, 2024, should be continued to a date after the December 5 hearing, to be vacated if the December 5 hearing proceeds as expected.

3. Defendant is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 14th day of November, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Clay Plummer<br>CLAY PLUMMER<br>Assistant United States Attorney |

Case 2:24-cr-00233-CDS-EJY   Document 13   Filed 11/15/24   Page 3 of 3

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00233-CDS-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| LUIS FERNANDO SANCHEZ-AGUILAR, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on November 21, 2024 at the hour of 11:00 a.m., be vacated and continued to  December 31  at the hour of  10 : 00  a .m.

DATED this  15  day of November, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3